**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Bryan Adams, | Case No.: 2:23-cv-01930-JAD-BNW |
| Petitioner, | **Order Granting Extension of Time** |
| v. | [ECF No. 10] |
| Jeremy Bean, et al., | |
| Respondents. | |

Petitioner seeks an extension of time to file his first amended petition. I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS ORDERED that Adams's unopposed first motion for extension of time **[ECF No. 10] is GRANTED.** Adams has **until June 28, 2024, to file his first amended petition.**

_____
U.S. District Judge Jennifer A. Dorsey
May 17, 2024